IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDHIR MOUN, *Petitioner,* v. MICHAEL T. ROSE, et al., *Respondents.* | CIVIL ACTION NO. 26-188 |

# ORDER

**AND NOW**, this 2nd day of February 2026, the Government shall respond to the Petitioner's Motion to Enforce, (Dkt. No. 5), **by close of business today**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.